**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASMEET SINGH, | No.  1:25-cv-01657 JLT SKO (HC) |
| Petitioner, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 12) |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | ORDER GRANTING RESPONDENT'S MOTION TO DISMISS, DISMISSING PETITION AS MOOT, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |
| Respondents. | |

Petitioner Jasmeet Singh is a former immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 21, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant Respondent's motion to dismiss the petition.  (Doc. 12.)  The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 14 days.  (Doc. 12.)  The Court advised the parties that the "failure to file objections within the specified time may result in the waiver of rights on appeal."  (*Id*., citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  No party has filed objections, and the deadline to do so has passed.

1

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.

Based upon the foregoing, the Court **ORDERS**:

1.      The Findings and Recommendations issued on January 21, 2026, (Doc. 12), are **ADOPTED** in full.

2.      Respondent's motion to dismiss (Doc. 11) is **GRANTED**.

3.      The petition for writ of habeas corpus is **DISMISSED** as moot.

4.      The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:    **February 23, 2026**

UNITED STATES DISTRICT JUDGE

2